**Order entered June 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00334-CV

### MCLANE COMPANY, Appellant

### V.

### SARAH EWING, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, R.C.M., C.R.M., C.R.M., R.C.M., H.M.E., W.D.E., AND T.M.E., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01104-D**

## ORDER

Before the Court is appellees' June 3, 2019 unopposed motion for an extension of time to

file their brief on the merits. We **GRANT** the motion and extend the time to **July 1, 2019**.

/s/     KEN MOLBERG
        JUSTICE